IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| HENRY VILLALTA CALLES, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CAUSE NO. EP-26-CV-315-KC |
| | § | |
| MARY DE ANDA YBARRA et al., | § | |
| | § | |
| Respondents. | § | |

**FINAL JUDGMENT**

On this day, the Court considered the case. On February 13, 2026, the Court granted in part Henry Villalta Calles' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision. Feb. 13, 2026, Order 6, ECF No. 5.

Respondents have now informed the Court that on February 19, 2026, an Immigration Judge ("IJ") ordered Villalta Calles released on a $4,000.00 bond. Status Report 1, ECF No. 6; *see id.* Ex. A ("IJ Order") at 1, ECF No. 6-1. And that, as of February 20, Villalta Calles had not yet posted bond and remained detained. Status Report 1.

It appears that the only remaining matter to be resolved in this case is Villalta Calles' request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 8, ECF No. 1; *see generally* Feb. 13, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**.  To the extent Villalta Calles wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 24th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE